IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| *ex rel.* VICTORIA STARR | : | |
| | : | NO. 04-1529 |
| v. | : | |
| | : | |
| JANSSEN PHARMACEUTICAL | : | |
| PRODUCTS, L. P. | : | |

## ORDER

**AND NOW**, this 31st day of December, 2013, upon consideration of the Joint Stipulation of Dismissal and the Settlement Agreement executed by the parties, it is **ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims in this action shall be **DISMISSED** as follows:

1. With prejudice as to the United States as to the Covered Conduct described in paragraph II.H of the Settlement Agreement;

2. Without prejudice as to the United States as to all other claims; and

3. With prejudice as to relators as to all claims, except relators are not dismissing their claims arising under the *qui tam* provisions of any state with which defendants do not execute a Medicaid State Settlement Agreement pursuant to the terms of the Settlement Agreement, and relators are not dismissing their claims for reasonable attorneys' fee, expenses, and costs pursuant to 31 U.S.C. § 3730(d)(1) and applicable laws of the Medicaid Participating States.

**IT IS FURTHERED ORDERED** as follows:

1. The Court shall retain jurisdiction over relators' claims that are not dismissed.

2.	This Order and the Joint Stipulation of Dismissal shall be **UNSEALED**.

3.	The Clerk is directed to **CLOSE** this action.


                    <u>/s/Timothy J. Savage</u>
                    TIMOTHY J. SAVAGE,  J.